

**RECEIPT**

DATE September 8, 2008                No. 731633

RECEIVED FROM Thomas Tubbicock                $350.00

Three hundred Fifty                    00/00  DOLLARS

○ FOR RENT
○ FOR  Filing Fees

| ACCOUNT | | ○ CASH | FROM Case 895.07.001 |
| PAYMENT | | ○ CHECK | R. Rosa Greg Viera |
| BAL. DUE | | ○ MONEY ORDER | BY |

1182



RECEIVED

SEP - 8 2008

WILLIAM ESTRELLA LAW OFFICES, PSC

SEP - 8 2003

**RAUL URRUTIA**

**URRUTIA LEGAL SERVICES**

PO BOX 9014, SAN JUAN, P.R. 00908-9014
pcs (787) 448-2248

Hart #103

10/22/08

Sedo. Thomas Trebilcock

1/F. Jose Baez-
Viera

Por servicios Profesionales:

A) Emplazamiente, a:

1- Cooperativa Abraham Rosa
Toa Baja / PR ———————— # 85.00

2- Luis López Germán ————— 60.00

Total $ 145.00

Please Pay, 22 de octubre de 2008.

Juramos firmado

# LABOY & ASOCIADOS

**P.O. Box 2415 Bayamón, P.R. 00960 – 2415   Tel. (787) 598 -7086 , (787) 598 – 7072**

FACTURA   08 / 12 -009 -A

12 de agosto de 2009
William Estrella Law Offices
Viejo San Juan
San Juan,  P.R. 00901

VERIFICAR  ********

## ATENCION: MARGARITA

| NOMBRE | NOTARIO | CONCEPTO | TRIBUNAL | CANTIDAD |
|---|---|---|---|---|
| Caso:<br>Rosa Báez<br><br>Vs.<br><br>Cooperativa A/C Abraham Rosa<br>Lissette Colón | William Estrella Law Offices | Diligenciar Emplazamiento | U.S. COURT | $50.00 |
|  |  |  | Total | $ 50.00 |

**NOTA: FAVOR DE REMITIR PAGO A   FAVOR DE  -  ANDRES LABOY**



**EZEQUIEL
ROMERO**
Servicios Paralegales

# EZEQUIEL ROMERO VISALDEN

Trabajos Paralegales
HC 05 Box 7535
Guaynabo, Puerto Rico, 00971-9446
Tel. 613-5690 Cel. 526-4123

### FACTURA
Núm: 2-11-07

**A:**  **WILLIAM ESTRELLA**
Attorneys & Counselors
**P/C:**  **Lcdo. Kenneth C. Suria**
Re:
**Fecha:**  27 de septiembre de 2011

Por los servicios paralegales prestados en el caso:

| | |
|---|---|
| Rosa Báez Viera, et al Vs. Coop. A/C Abraham Rosa Et Al Cuatro Subpoena en Guaynabo, Toa Alta, San Juan y Toa Baja | 220.00 |
| | |
| | |
| | |
| | |
| **Total** | **$220.00** |

Muchas Gracias,

Ezequiel Romeroo Visaldén

Nota: toda factura con más de 30 días de atrasos pagara un recargo de 10% mensual





**EZEQUIEL ROMERO**
Servicios Paralegales

# EZEQUIEL ROMERO VISALDEN

Trabajos Paralegales
HC 05 Box 7535
Guaynabo, Puerto Rico, 00971-9446
Tel. 613-5690 Cel. 526-4123

### FACTURA
### Núm: 2-11-08

**A:**    **WILLIAM ESTRELLA**
          Attorneys & Counselors
**P/C:**  **Lcdo. Kenneth C. Suria**
Re:
**Fecha:**  27 de septiembre de 2011

Por los servicios paralegales prestados en el caso:

| | |
|---|---|
| Rosa Báez Viera, et al Vs. Coop. A/C Abraham Rosa Et Al Cuatro Subpoena en Guaynabo, Toa Alta, San Juan y Toa Baja | 220.00 |
| Se Notifico otra citación a la Coop. Abraham Rosa el 19 de sept. 2001 | 60.00 |
| | |
| | |
| | |
| **Total** | **$280.00** |

Muchas Gracias,

Ezequiel Romeroo Visaldén

Nota: toda factura con más de 30 días de atrasos pagara un recargo de 10% mensual



**EZEQUIEL
ROMERO**
Servicios Paralegales

# EZEQUIEL ROMERO VISALDEN

Trabajos Paralegales
HC 05 Box 7535
Guaynabo, Puerto Rico, 00971-9446
Tel. 613-5690 Cel. 526-4123

## FACTURA
### Núm: 2-11-09

**A:**  **WILLIAM ESTRELLA**
 **Attorneys &  Counselors**
**P/C:**  **Lcdo. Kenneth C. Suria**
Re:
**Fecha:**  **4  de** octubre de 2011

Por los servicios paralegales prestados en el caso:

| | |
|---|---|
| Rosa Báez Viera, et al Vs. Coop. A/C Abraham Rosa Et Al  Una Subpoena Sra. Jamillette Delgado Martínez en ACAA | 60.00 |
| | |
| | |
| | |
| | |
| **Total** | $280.00 |

$ 60.00

Muchas Gracias,

Ezequiel Romeroo Visaldén

Nota: toda factura con más de 30 días de atrasos pagara un recargo de 10% mensual

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| ROSA BAEZ VIERA, ET AL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  08–2045(JAG-BJM) |
| COOP. A/C ABRAHAM ROSA, ET AL | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: LIZETTE COLÓN
   COOP. A/C ABRAHAM ROSA, CARRETERA #2, KM 17.7, SECTOR MACÚN, TOA BAJA, PR

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | | |
|---|---|---|
| Place: | UNITED STATES DISTRIC COURT-PUERTO RICO<br>150 CARLOS CHARDÓN STREET<br>HATO REY, PR 00918 | Courtroom No.: JAG |
| | | Date and Time: 09/27/2011 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):



UNITED STATES POSTAL SERVICE® — CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Serial Number: 19161121476

Date: 09/13/2011

Pay to: Lizette Colón
Address: Toa Baja, PR
Witness of Rosa Baez Case

Year, Month, Day: 2011-09-13   Post Office: 009021   Amount: $30.00   Clerk: 0005

...ct to a subpoena, and Fed. ...consequences of not doing

KEEP THIS RECEIPT FOR YOUR RECORDS

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing (*name of party*)   ROSA BAEZ VIERA, ET A
_____ , who issues or requests this subpoena, are:

KENNETH C. SURIA, ESQ., WilliamEstrella | Attorneys & Conselors, P.O. Box 9023596, San Juan, PR 00902-3596.
Tel:787-977-5097; E-mail: ksuria@welo.net

Civil Action No. 08–2045(JAG-BJM)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| ROSA BAEZ VIERA, ET AL | ) |
| *Plaintiff* | ) |
| v. | ) |
| COOP. A/C ABRAHAM ROSA, ET AL | ) |
| *Defendant* | ) |

Civil Action No. 08–2045(JAG-BJM)

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: SHERLEY PAGÁN, 102 CALLE CLAVEL, BO. INGENIO, TOA BAJA, PR

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | UNITED STATES DISTRIC COURT-PUERTO RICO 150 CARLOS CHARDÓN STREET HATO REY, PR 00918 | Courtroom No.: JAG |
|---|---|---|
| | | Date and Time: 09/27/2011 9:30 am |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:



... ct to a subpoena, and Fed.

... consequences of not doing

Date: 09/13/2011

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ROSA BAEZ VIERA, ET A _____, who issues or requests this subpoena, are:

KENNETH C. SURIA, ESQ., WilliamEstrella | Attorneys & Conselors, P.O. Box 9023596, San Juan, PR 00902-3596. Tel:787-977-5097; E-mail: ksuria@welo.net

Civil Action No. 08–2045(JAG-BJM)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

    ❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

    $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Luis R. Polo, M.D.

## Factura

William Estrella Law Offices
PO Box 9023596
San Juan, Puerto Rico  00902-3596

Att: Lcdo. Thomas Trebilcock-Horan
    Caso Rosa Báez-Viera et als. vs. Cooperativa Abraham Rosa

| | | |
|---|---|---|
| 1. Revisión de expediente | 2 horas | $300.00 |
| 2. Evaluación e informe | | $1,200.00 |
| | Total | $1,500.00 |

Favor hacer el pago a nombre de Luis R. Polo, M.D.

Favor enviar cheque a:

    Ashford Medical Center
    29 Calle Washington
    Suite 609
    San Juan, Puerto Rico  00907-1521

# Luis R. Polo, M.D.

11 de octubre de 2011

Estimado Licenciado Suria:

Esta factura es por el caso de Rosa Báez Viera (#08-2045 JAG-BJM)

1. Preparación para comparecencia al
   Tribunal (2 horas incluyendo reunión con abogados)  $  400.00

2. Comparecencia al tribunal (9-30-11)                 $2,000.00

                                                        $2,400.00

Por favor, prepare el cheque a nombre de Luis R. Polo, y envíemelo a:

   29 Calle Washington
   Suite #609
   San Juan, Puerto Rico  00907-1521

_____
Luis R. Polo, MD



895. 07. 001
( TT )

# *Ricardo Pérez Martínez*

**Taquígrafos de Récord**
P.O. Box 665
Mercedita, PR 00715-0665
Tels. (787) 284-1462 (787) 487-6104 (787) 638-5051
(787) 613-0060 (787) 298-2654
Fax (787) 259-0479
E mail: droppy@prtc.net

**FACTURA NÚMERO: 0061-2009**
**FECHA: 11 de mayo de 2009**

**SERVICIO RENDIDO A:**   Bufete William Estrella
Calle Tetuán #150
Viejo San Juan, Puerto Rico

| CONCEPTO | PRECIO | TOTAL |
|---|---|---|
| **CASO** | | |
| 08-2045 (JAG-BJM) | | |
| Rosa M. Báez Viera, et. als. vs. Cooperativa | | |
| Abraham Rosa, et. als. | | |
| | | |
| **Fecha de Servicio**: | | |
| Lunes, 23 de marzo de 2009 | | |
| | | |
| **Servicio brindado a:** | | |
| Lcdo. Thomas Trebilcock Horán | | |
| | | |
| Comparecencia taquígrafo: | 75.00 | 75.00 |
| Entrega: | 9.00 | 9.00 |
| | | |
| **Transcripción de la Deposición de:** | | |
| Luis R. López Román (173 páginas) | [a] 4.75 p/p | 821.75 |
| | | |
| Copias de Exhibit 110 páginas en total | .10 p/p | 11.00 |
| | | |
| **TOTAL** | | [b]**$916.75** |

*Plese Pay, may 22, 2009*
*[firma manuscrita]*

## ESTA FACTURA VENCE A LOS (30) DÍAS

---

[a]   Copia en español $4.35 la página en inglés $4.75
[b]   Toda factura vence y/o es pagadera en 30 días, luego de los cuales se deberá incluir un 5% adicional del total por cada 30 días de atraso.



# *Ricardo Pérez Martínez*

**Taquígrafos de Récord**
P.O. Box 665
Mercedita, PR  00715-0665
Tels. (787) 284-1462 (787) 487-6104 (787) 638-5051
(787) 613-0060 (787) 298-2654
Fax (787) 259-0479
E mail: droppy@prtc.net

**FACTURA NÚMERO:  0076-2009**
FECHA: 22 de junio de 2009

**SERVICIO RENDIDO A:**   Bufete William Estrella
Calle Tetuán #150
Viejo San Juan, Puerto Rico

| CONCEPTO | PRECIO | TOTAL |
|---|---|---|
| **CASO**<br>08-2045<br>Rosa Báez Viera, et. als. vs. Cooperativa Abraham Rosa et. als. | | |
| **Fecha de Servicio**:<br>Viernes, 8 de mayo de 2009 | | |
| **Servicio brindado a:**<br>Lcdo. Thomas Trebilcock Horan | | |
| Comparecencia taquígrafo:<br>Entrega: | 75.00<br>9.00 | 75.00<br>9.00 |
| **Transcripción de la Deposición de:**<br>Sherley Pagán Díaz (129 páginas) | 4.35 p/p | 561.15 |
| **TOTAL** | | [a]**$645.15** |

**ESTA FACTURA VENCE A LOS (30) DÍAS**

[a]  Toda factura vence y/o es pagadera en 30 días, luego de los cuales se deberá incluir un 5% adicional del total por cada 30 días de atraso.

# *Ricardo Pérez Martínez*

**Taquígrafos de Récord**
P.O. Box 665
Mercedita, PR  00715-0665
Tels. (787) 284-1462 (787) 487-6104 (787) 638-5051
(787) 613-0060 (787) 298-2654
Fax (787) 259-0479
E mail: droppy@prtc.net

**FACTURA NÚMERO:  0075-2009**
**FECHA: 22 de junio de 2009**

**SERVICIO RENDIDO A:**   Bufete William Estrella
Calle Tetuán #150
Viejo San Juan, Puerto Rico

| CONCEPTO | PRECIO | TOTAL |
|---|---|---|
| **CASO** | | |
| 08-2045 | | |
| Rosa Báez Viera, et. als. vs. Cooperativa Abraham Rosa et. als. | | |
| | | |
| **Fecha de Servicio**: | | |
| Miércoles, 6 de mayo de 2009 | | |
| | | |
| **Servicio brindado a:** | | |
| Lcdo. Thomas Trebilcock Horan | | |
| | | |
| Comparecencia taquígrafo: | [a]100.00 | 100.00 |
| Entrega: | 9.00 | 9.00 |
| | | |
| **Transcripción de la Deposición de:** | | |
| Sol M. Matías (180 páginas) | 4.35 p/p | 783.00 |
| Lizette Colón (134 páginas) | | 582.90 |
| | | |
| Copias Exhibits **600** copias en total | .10 p/p | 60.00 |
| **TOTAL** | | [b]**$1,534.90** |

## ESTA FACTURA VENCE A LOS (30) DÍAS

[a]   $75.00 precio regular, todo el día $25.00 adicionales
[b]   Toda factura vence y/o es pagadera en 30 días, luego de los cuales se deberá incluir un 5% adicional del total por cada 30 días de atraso.



# *Ricardo Pérez Martínez*

**Taquígrafos de Récord**
P.O. Box 665
Mercedita, PR  00715-0665
Tels. (787) 284-1462 (787) 487-6104 (787) 638-5051
(787) 613-0060 (787) 298-2654
Fax (787) 259-0479
E mail: droppy@prtc.net

**FACTURA NÚMERO:  0081-2009**
**FECHA: 25 de junio de 2009**

**SERVICIO RENDIDO A:**    Bufete William Estrella
Calle Tetuán #150
Viejo San Juan, Puerto Rico

| CONCEPTO | PRECIO | TOTAL |
|---|---|---|
| **CASO**<br>08-2045 (JAG-BJM)<br>Rosa M. Báez, et. als. vs. Cooperativa Abraham Rosa,  et. als.<br><br>**Fecha de Servicio**:<br>Viernes, 22 de mayo de 2009<br><br>**Servicio brindado a:**<br>Lcdo. Thomas Trebilcock Horán | | |
| Comparecencia taquígrafo:<br>Entrega: | 75.00<br>9.00 | 75.00<br>9.00 |
| **Transcripción de la Deposición de:**<br>Luis R. López Román (37 páginas) | 4.35 p/p | 160.95 |
| **TOTAL** | | [a]**$244.95** |

**ESTA FACTURA VENCE A LOS (30) DÍAS**

[a]  Toda factura vence y/o es pagadera en 30 días, luego de los cuales se deberá incluir un 5% adicional del total por cada 30 días de atraso.

# REALwriters of Puerto Rico



**R E A L**
**W r i t e r s**

REALwriters of Puerto Rico
#60 Ismael Rivera
Ocean Park
San Juan, PR 00911

(787)726-3390
offmanager@realwriterspr.com

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 03/31/2009 | RW-09158 |
| **TERMS** | **DUE DATE** |
| Due on receipt | 04/01/2009 |

**BILL TO**

William Estrella Law Offices
Thomas Trebilcock, Esq.
150 Tetuan Street
Viejo San Juan, PR 00926 US

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $560.00 | |

$\times$ Please detach top portion and return with your payment. $\times$

| Case Name | Case Number | Deponent/Job |
|-----------|-------------|--------------|
| Báez v. Coop. Abraham Rosa | 08-2045 (JAG) | Rosa Báez |

| Date | Service | Activity | Quantity | Rate | Amount |
|------|---------|----------|----------|------|--------|
| 03/23/2009 | Interpreter | Translation Services | 7 | 80.00 | 560.00 |

| | | | | TOTAL | $560.00 |
|--|--|--|--|-------|---------|

Thank you!
It was a pleasure to serve you.

I09030887 MC

# REALwriters of Puerto Rico, Inc.



**R E A L
W r i t e r s**

Realwriters of Puerto Rico, Inc.
#60 Ismael Rivera
Ocean Park
San Juan, PR 00911
(787)726-3390
offmanager@realwriterspr.com

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/26/2011 | RW-11201 |
| TERMS | DUE DATE |
| Net 30 | 9/26/2011 |

| BILL TO |
|---------|
| William Estrella Law Offices
150 Tetuan Street
Viejo San Juan, PR 00926
US |

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $324.90 | |

Please detach top portion and return with your payment.

| RW Job Number | Case Name | Case Number | Deponent/Job |
|---------------|-----------|-------------|--------------|
| T110367 | Baez Viera v. Coop. de Ahorro | 08-2045 (JAG) | Translation |

| Date | Service | Activity | Quantity | Rate | Amount |
|------|---------|----------|----------|------|--------|
| 9/23/2011 | Translation | Translation Services (per word count) Exhibit A | 1322 | 0.18 | 237.96 |
| 9/23/2011 | Translation | Translation Services (per word count) Exhibit B | 483 | 0.18 | 86.94 |

*Paid by Check #
63282∅ .*

| Tax ID: 66-0706479 | | TOTAL | $324.90 |
|---|---|---|---|

Thank you!
Pay online please use https://q:ppv.intuit.com/hbw82d8v

# AIDA TORRES, USCCI
Certified Translator-Interpreter

January 16, 2010

### Invoice No. WELO 10 - 01

Lcdo. Kenneth Suria
William Estrella Law Offices
PO Box 9023596
San Juan PR 00902

Re: Rosa Baez Viera vs. Cooperativa Abraham Rosa

For certified translation into English
of documents related with case of Rosa Baez Viera vs.
Cooperativa Abraham Rosa
as quoted...................................................................................$ 6,500.00

Sale Tax 7 %..............................................................................$    0.00

**Total**..............................................................................**$ 6,500.00**



IF PAID AFTER 30 DAYS A SURCHARGE WILL BE ADDED TO THE TOTAL AMOUNT OF THIS INVOICE, CALCULATED PURSUANT TO THE
APPLICABLE INTEREST RATE. PAYMENT OF THIS INVOICE IS NOT CONTINGENT ON CLIENT'S RECEIPT OF PAYMENT FROM THIRD PARTIES



**Atabex**
Translation Specialists, Inc.

P.O. Box 195044, San Juan, Puerto Rico 00919-5044
(787) 756-6763 Fax: (787) 753-3619

# Invoice

William Estrella Law Offices, PSC
Departamento de Contabilidad
PO Box 9023596
San Juan, PR  00902-3596

Invoice Number:
17213

Invoice Date:
Sep 30, 2011

Page:
1

| Sales Rep ID | Customer PO | Payment Terms | Due Date |
|---|---|---|---|
| MG | | Net 15 Days | 10/15/11 |

| Description | Amount |
|---|---|
| POR SERVICIOS PROFESIONALES DE TRADUCCION DE LOS SIGUIENTES DOCUMENTOS EN EL CASO DE ROSA BAEZ V COOP ABRAHAM ROSA: | |
| AMONESTACION 22 SEPT 2007 | |
| AMONESTACION ESCRITA 12 FEB 2009 | |
| 3 EVALUACIONES GENERALES Y PLAN DE DESARROLLO PROFESIONAL PERSONAL NO EXENTO | |
| OBJETIVOS Y FILOSOFIA DE LA COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA | |
| APROX. 11,103 PALABRAS TARIFA URGENCIA | 1,998.54 |

Payment/Credit

Check/Credit Memo No:

**TOTAL**        1998.54



**Translation Specialists, Inc.**

P.O. Box 195044, San Juan, Puerto Rico 00919-5044
(787) 756-6763 Fax: (787)753-3619

# Invoice

William Estrella Law Offices, PSC
Departamento de Contabilidad
PO Box 9023596
San Juan, PR   00902-3596

**Invoice Number:**
17225

**Invoice Date:**
Oct 10, 2011

**Page:**
1

| Sales Rep ID | Customer PO | Payment Terms | Due Date |
|---|---|---|---|
| CL | | Net 15 Days | 10/25/11 |

| Description | Amount |
|---|---|
| POR SERVICIOS PROFESIONALES DE INTERPRETACION LOS DIAS 27, 28, 29 DE SEPTIEMBRE DE 2011 EN EL TRIBUNAL FEDERAL: | |
| CASO: ROSA BAEZ VS. COOP ABRAHAM ROSA   CV02045 JAG | |
| | |
| DIA 27: 9:00AM-6:00PM (8) | 720.00 |
| DIA 28: 9:00AM-5:00PM (7) | 630.00 |
| DIA 29: 9:00AM-4:30PM (6.5) | 585.00 |

Check/Credit Memo No:

Payment/Credit

**TOTAL**          1935.00



**Atabex**
Translation Specialists, Inc.

P. O. Box 195044, San Juan, Puerto Rico 00919-5044
(787) 756-6763 Fax: (787)753-3619

# Invoice

William Estrella Law Offices, PSC
Departamento de Contabilidad
PO Box 9023596
San Juan, PR 00902-3596
Atencion: Margarita Torres

Invoice Number:
16719
Invoice Date:
Dec 21, 2010
Page:
1

| Sales Rep ID | Customer PO | Payment Terms | Due Date |
|---|---|---|---|
| RF | Margarita Torres | Net 15 Days | 1/5/11 |

| Description | Amount |
|---|---|
| POR SERVICIOS PROFESIONALES DE TRADUCCION DEL SIGUIENTE DOCUMENTO EN EL CASO DE ROSA BAEZ VIERA: | |
| EXHIBIT A - PAGINAS 1,21,22 DE LA TRANSCRIPCION DE LA DEPO DE LA SRA. SOL MERCEDES MATIAS CORTES | |
| APROX. 450 PALABRAS (TARIFA REGULAR) | 67.50 |

OK to PAY
ROS
12/27/10

Check/Credit Memo No:

Payment/Credit

**TOTAL**          67.50