IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA BÁEZ-VIERA, *et al.*,

    **Plaintiff(s)**

       **v.**

COOPERATIVA ABRAHAM ROSA, *et al.*,

    **Defendant(s)**

**Civil No.** 08-2045 (JAG)

**ORDER**

Pending before the Court is a Report and Recommendation, (Docket No. 201), issued by Magistrate Judge Velez-Rive on Plaintiffs' Motion for Attorneys' Fees and Costs (Docket No. 182). With the benefit of the parties' objections, the Court has reviewed the R&R *de novo* and finds that the same is well grounded in both fact and law. Accordingly, the Court adopts the same in its entirety, with the caveat regarding costs discussed below.

The Cooperativa argues that the $32,893 originally requested in costs was not correct. (Docket No. 202 at p. 7). Plaintiffs' concede the point, and indicate that the correct amount was $22,770. The Court will take this number as the baseline, and apply the $2,400 reduction recommended by the Magistrate Judge. (Docket No. 201 at p. 12).  Therefore, the

**Civil No.** 08-2045 (JAG)                                                           2

Court finds that Plaintiffs are entitled to **$91,505.75** in attorneys' fees and **$20,370** in costs, for a total of **$111,875.75**.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 21st day of June, 2013.

<u>S/Jay A. García-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge